**Opinion issued December 19, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00631-CR

## NO. 01-24-00632-CR

_____

**THE STATE OF TEXAS, Appellant**

**V.**

**TOM PETERSON, Appellee**

---

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Case Nos. 1871090 and 1871091**

---

**MEMORANDUM OPINION**

On August 9, 2024, appellant, the State of Texas, pursuant to Texas Code of Criminal Procedure article 44.01(a),[1] filed a notice of appeal from four trial court cases, including trial court case numbers: 1824051, assigned appellate case number 01-24-00630-CR; 1871090, assigned appellate case number 01-24-00631-CR; 1871091, assigned appellate case number 01-24-00632-CR; and 1871092, assigned appellate case number 01-24-00633-CR. The State has filed a motion to dismiss in appellate case numbers 01-24-00631-CR and 01-24-00632-CR, stating that it "is not challenging the trial court's dismissal" of the associated trial court case numbers, 1871090 and 1871091, respectively.

The State's motion to dismiss the appeals complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a) (titled "Voluntary Dismissal in Criminal Cases"). No other party has filed a notice of appeal, and we have not issued a decision in the appeals. *See* TEX. R. APP. P. 42.2(a). The State's motion does not indicate whether the State conferred with appellee, Tom Peterson, regarding the relief requested in the motion; however, more than ten days have passed and appellee has not expressed opposition to the State's motion. *See* TEX. R. APP. P. 10.3(a)(2).

---

[1] *See* TEX. CODE CRIM. PROC. ANN. art. 44.01(a) (statute allowing State to appeal order in criminal case where trial court dismisses an indictment, information, or complaint).

Accordingly, we grant the motion and dismiss the appeals.  *See* TEX. R. APP.

P. 42.2(a), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.

Do not publish.  TEX. R. APP. P. 47.2(b).